United States Court of Appeals
Fifth Circuit

**F I L E D**

July 16, 2003

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**02-20837**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**IRAJ MAHMOUDI,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court
for the Southern District of Texas
(H-01-CR-587-ALL)**

_____

Before KING, Chief Judge, and HIGGINBOTHAM and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Iraj Mahmoudi appeals his convictions for unlawful procurement of citizenship, 18 U.S.C. § 1425(b), and making a false statement to a federal agency, 18 U.S.C. § 1001. He contends: the evidence was insufficient to convict him of either charge; 8 C.F.R. § 316.10, which defines a term in § 1425(b), violates the separation-of-powers doctrine; and the district court erred by denying his motion to suppress evidence seized from his apartment.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Having heard oral argument and reviewed the briefs and pertinent parts of the record, we conclude there was no error. The judgment is

*AFFIRMED.*